FANNY J. KIRKWOOD et al., as Executors of THOMAS
KIRKWOOD, Deceased, Respondents, *v.* HARRY M. SMITH,
Individually and as Surviving Partner of C. S. LOCKE
& SMITH, et al., Appellants, Impleaded with Another.

*Kirkwood* v. *Smith,* 149 App. Div. 946, affirmed.
(Submitted May 5, 1914; decided June 2, 1914.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered April 5, 1912, affirming a judgment in favor of

plaintiffs entered upon the report of a referee in an action for an accounting.

*William R. Hill* and *Charles De Hart Brower* for appellants.

*H. Schieffelin Sayers* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WERNER, HISCOCK, COLLIN, CUDDEBACK and CARDOZO, JJ. Not sitting: WILLARD BARTLETT, Ch. J., and MILLER, J.